640 A.2d 1152

IN THE MATTER OF STANLEY MARCUS,
AN ATTORNEY AT LAW.

May 2, 1994.

ORDER

This matter having been duly presented to the Court on the motion of STANLEY MARCUS, for the termination of the proctorship ordered by this Court on November 25, 1991, and the Office of Attorney Ethics having interposed no objection to said application, and good cause appearing;

It is ORDERED that the motion to terminate the proctorship imposed by this Court's Order of November 25, 1991, is granted.